UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| ARTHUR MARTIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 2:22-CV-61-PPS-JEM |
| ANDREW J. THOMPSON, *et al.*, | ) | |
| Defendants. | ) | |

### ORDER

The parties filed a Stipulation to Dismiss [DE 49], stipulating to the dismissal of this cause. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation for Dismissal [DE 49] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this cause of action in its entirety **WITH PREJUDICE**. Each party will bear its own attorney fees and costs. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

SO ORDERED.

ENTERED: February 6, 2024.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**